437 A.2d 1016

Sharman, Appellants v. Classic Carwash, Inc., et al.

Reargument Denied Dec. 14, 1981.

Argued May 28, 1981. Donald E. Matusow, for appellants; Joseph H. Foster, for Classic, et al., appellee; Richard A. Kraemer, did not file a brief on behalf of Sharman, et al., appellees; Michael J. Rutenberg, did not file a brief on behalf of Cacciola, appellee; David J. Griffith, did not file a brief on behalf of Bensalem Township, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Order affirmed.